**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Assure Holding Corporation** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-0229476** | |

**4. Debtor's address**

**Principal place of business**

**400 Poydras Street, Suite 1150**
**New Orleans, LA 70130**
Number, Street, City, State & ZIP Code

**Orleans**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Assure Holding Corporation**
    Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5241**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Assure Holding Corporation**                                        Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Assure Underwriting Agency, LLC** | Relationship | **Subsidiary** |
| District | **Eastern District of Louisiana** | When _____ | Case number, if known _____ |

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>                       Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes.  Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

███   **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | .  *Check one:*<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | |
|---|---|
| **14. Estimated number of creditors** | ■ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99         ☐ 5001-10,000       ☐ 50,001-100,000<br>☐ 100-199       ☐ 10,001-25,000     ☐ More than100,000<br>☐ 200-999 |

| | |
|---|---|
| **15. Estimated Assets** | ☐ $0 - $50,000           ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>■ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion |

| Debtor | **Assure Holding Corporation** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

**16.   Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Assure Holding Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 14, 2021**
                         MM / DD / YYYY

X **/s/ Ronald Rayburn Pate, Jr.**                     **Ronald Rayburn Pate, Jr.**
Signature of authorized representative of debtor       Printed name

Title   **President and CEO**

**18. Signature of attorney**

X **/s/ Scott R. Cheatham**                              Date  **December 14, 2021**
Signature of attorney for debtor                               MM / DD / YYYY

**Scott R. Cheatham 31658**
Printed name

**Adams and Reese**
Firm name

**701 Poydras Street**
**Suite 4500**
**New Orleans, LA 70139**
Number, Street, City, State & ZIP Code

Contact phone   **504-581-3234**     Email address   **scott.cheatham@arlaw.com**

**31658 LA**
Bar number and State

## RESOLUTION OF THE BOARD OF DIRECTORS
## ASSURE HOLDING CORPORATION

At a special meeting of the Board of Directors of Assure Holding Corporation (the "Company"), held on November 15, 2021 via ZOOM conference with at which all members of the board were present and waived notice and confirmed the waiver by signing the original of these minutes.

The following resolutions were unanimously adopted:

**RESOLVED**, that in the judgment of the Board of Directors, it is desirable and in the best interest of the Company, its creditors and other interested parties, that a Voluntary Petition under Chapter 11 of the Bankruptcy Code be filed;

**BE IT FURTHER RESOLVED**, that R. Ray Pate, Jr., President and CEO, and Anne Missett, Secretary, of the Company, be and are hereby authorized and directed individually or jointly, on behalf of and in the name of the Company, to execute and verify said Petition under Chapter 11 of the Bankruptcy Code, in such form as may be recommended by counsel for the Company, and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court");

**BE IT FURTHER RESOLVED**, that R. Ray Pate, Jr., President and CEO, and Anne Missett, Secretary, of the Company, are authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

**BE IT FURTHER RESOLVED**, that Adams and Reese LLP be and is hereby retained as counsel for the Company and is authorized to file all petitions, applications, affidavits, statements, schedules, lists and other necessary documents and to take any and all other actions that the Company deems necessary or appropriate in connection with the proceedings filed in accordance with Chapter 11 of the Bankruptcy Code.

There being no further business to come before this meeting, by unanimous consent of the Board of Directors, the meeting was adjourned.

Assure Holding Corporation

By: _Anne K Missett_

Anne Missett, Secretary

**Fill in this information to identify the case:**

Debtor name   **Assure Holding Corporation**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 14, 2021**   X **/s/ Ronald Rayburn Pate, Jr.**
   Signature of individual signing on behalf of debtor

   **Ronald Rayburn Pate, Jr.**
   Printed name

   **President and CEO**
   Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Assure Holding Corporation** |
|---|---|
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express P. O. Box 981531 El Paso, TX 79998** | | | | | | $12,953.00 |
| **Small Business Administration 14925 Kingsport Rd Fort Worth, TX 76155** | | | | | | $150,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

12/14/21 2:28PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Louisiana

In re **Assure Holding Corporation**

Case No. _____

Debtor(s)

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 14, 2021**

*Date*

**/s/ Scott R. Cheatham**
**Scott R. Cheatham 31658**
*Signature of Attorney*
**Adams and Reese**
**701 Poydras Street**
**Suite 4500**
**New Orleans, LA 70139**
**504-581-3234  Fax: 504-566-0210**
**scott.cheatham@arlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **Assure Holding Corporation**                     Case No.

Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 3 Rocks LLC<br>Attn: Mr. Floyd E. Davis, III<br>1629 K Street, NW, Suite 900<br>Washington, DC 20006 | | 500 | |
| Alan L. Meltzer<br>6500 Rock Spring Drive, Suite 500<br>Bethesda, MD 20817 | | 666 | |
| Albert J. Hawk<br>12017 Wetherfield Lane<br>Potomac, MD 20854 | | 572 | |
| Alexander L. Blondeau<br>10124 Jefferson Highway<br>Baton Rouge, LA 70809 | | 1330 | |
| Anne K. Missett<br>4132 Timber Log Way<br>Fairfax, VA 22030 | | 3658 | |
| Ash Noronha<br>5200 Wood Lake Dr.<br>Belmont, NC 28012 | | 100 | |
| Austin Ayers<br>8101 Connecticut Ave., Apt N708<br>Chevy Chase, MD 20815 | | 334 | |
| Bally Shannon Partners, LLC<br>c/o JD Murphy<br>4430 Linnean Ave. NW<br>Bethesda, MD 20814 | | 2500 | |
| Brian J. & Elizabeth F. Lemek<br>8317 Kerry Road<br>Closplint, KY 40927 | | 1000 | |
| Charles F. & Susan F. Tate<br>5904 Connecticut Avenue<br>Chevy Chase, MD 20815 | | 618 | |
| Charles W. Smith<br>24 Lincoln Ave.<br>Avon by the Sea, NJ 07717 | | 1578 | |

In re: **Assure Holding Corporation**                                      Case No. _____

_____
                                      Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Charls M. Asmar**<br>**3826 Village Park Dr.**<br>**Chevy Chase, MD 20815** | | **572** | |
| **Donna Lynch Ayers**<br>**7845 Wisconsin Avenue, Suite 250**<br>**Bethesda, MD 20814** | | **500** | |
| **Douglas M. & Carol H. Steenland**<br>**3065 University Terrance  NW**<br>**Washington, DC 20016** | | **666** | |
| **Douglas P. & Mary E. McDaniel**<br>**46 Grafton Street**<br>**Chevy Chase, MD 20815-3428** | | **429** | |
| **Ethan Mowry**<br>**852 S. Main St., Apt 11**<br>**Burlington, NC 27215** | | **202** | |
| **Ferdinand J. & Elizabeth Ann Crovato**<br>**1201 Stuart Robeson Drive**<br>**Mc Lean, VA 22101** | | **903** | |
| **Independent Services Goup, LTD**<br>**150 Minories, Suite 609**<br>**London**<br>**EC3N 1LS** | | **240** | |
| **Irrevocable Trust F/B/O John &**<br>**John & Catherine Ryan**<br>**165 Bedell Avenue**<br>**Hempstead, NY 11550** | | **950** | |
| **J. D. Murphy**<br>**4430 Linnean Ave. NW**<br>**Bethesda, MD 20814** | | **279** | |
| **J. Paul McNamara**<br>**7845 Wisconsin Avenue, Suite 250**<br>**Bethesda, MD 20814** | | **2386** | |
| **James William Newton**<br>**35140 Garden Drive**<br>**Slidell, LA 70460** | | **400** | |

In re:   **Assure Holding Corporation** _____     Case No. _____
                                         Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joel Napgezek**<br>**6341 Langer Lane**<br>**Hugo, MN 55038** | | **66** | |
| **John C. (Jack) & Gretchen W. Alexander**<br>**8412 Crimson Leaf Court**<br>**Potomac, MD 20854** | | **430** | |
| **John E. Duffy**<br>**3509 Rittenhouse St NW**<br>**Washington, DC 20015** | | **3585** | |
| **John J. Gorman**<br>**5335 Wisconsin Ave., NW, Suite 780**<br>**Washington, DC 20015** | | **2137** | |
| **John J. Gorman & Susan Schmedes**<br>**5335 Wisconsin Ave., NW, Suite 780**<br>**Washington, DC 20015** | | **1285** | |
| **John Joseph Ryan III**<br>**33 West Lenox Street**<br>**Chevy Chase, MD 20815** | | **1635** | |
| **Joseph G. Livley, IRA**<br>**4504 Saul Road**<br>**Kensington, MD 20895** | | **571** | |
| **L. Ashley Wilson**<br>**2706 Ridge Pine Drive**<br>**Kingwood, TX 77345** | | **102** | |
| **Larry C. & Gwyn D. Bourne**<br>**175 Sundown Cove**<br>**Madison, MS 39110** | | **430** | |
| **Leslie W. Gonella Revocable Trust**<br>**c/o Leslie Gonella**<br>**4204 Franklin St**<br>**Kensington, MD 20895** | | **429** | |
| **Malcolm Patrick Hutto**<br>**149 Bear Pen Road**<br>**Ponte Vedra Beach, FL 32082** | | **1000** | |
| **Matt Beard**<br>**9450 Green Terrance Drive**<br>**Dallas, TX 75220** | | **143** | |

List of equity security holders consists of 6 total page(s)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

In re:  **Assure Holding Corporation**                                                      Case No. _____

                                         Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael J. & Mary Elizabeth Taylor**<br>**9620 West Bexhill Drive**<br>**Kensington, MD 20895** | | **428** | |
| **Millenniem Trust Company, LLC**<br>**FBO John  Merrigan IRA**<br>**2001 Spring Road, Suite 700**<br>**Oak Brook, IL 60523** | | **429** | |
| **Millennium Trust Co., LLC Cust**<br>**FBO John Montgomery Roth IRA**<br>**4759 Berkely Terr NW**<br>**Washington, DC 20007** | | **428** | |
| **Minova Enterprises Ltd.**<br>**c/o Paul Vincent**<br>**One America Square**<br>**London**<br>**UK EC3N 2LS** | | **2039** | |
| **Mitchell D. Herman**<br>**1536 Live Oak Drive**<br>**Silver Spring, MD 20910** | | **1300** | |
| **Patricia McNamara Moser**<br>**45 Constitution Hill West**<br>**Princeton, NJ 08540** | | **833** | |
| **PENSCO Trust Company**<br>**FBO Terry P. Murphy**<br>**400 Tecumseh Point**<br>**Loudon, TN 37774** | | **428** | |
| **Prestige Ventures, LLC**<br>**10124 Jefferson Hwy**<br>**Baton Rouge, LA 70809** | | **1528** | |
| **Richard B. Murphy III SEP-IRA**<br>**6041 Woodmont Rd**<br>**Alexandria, VA 22307** | | **429** | |
| **Robert W. Ayers Trust**<br>**c/o Paul McNamara**<br>**7845 Wisconsin Avenue**<br>**Bethesda, MD 20814** | | **619** | |

List of equity security holders consists of 6 total page(s)

In re: **Assure Holding Corporation** _____ Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ronald Rayburn Pate, Jr.<br>755 Grand Blvd; Suite B-105<br>#207<br>Miramar Beach, FL 32550 | | 6478 | |
| Sean Barnes<br>2624 De Paul Drive<br>Vienna, VA 22180 | | 33 | |
| Stephan Heidenberger<br>9620 Hawich Lane<br>Kensington, MD 20895 | | 429 | |
| Steven L. Dixon Irrevocable Trust<br>G. Wayne Smith, Trustee<br>818 Connecticut Ave NW, Suite 1001<br>Washington, DC 20006 | | 571 | |
| Susan Schnupp<br>10123 Fort Worth CT<br>Parker, CO 80134 | | 186 | |
| The Potomac Group,<br>Grant Wayne Smith, Trustee<br>818 Connecticut Ave, NW<br>Suite 1001<br>Washington, DC 20006 | | 571 | |
| The Vincent J. Browning Revocable Trust<br>c/o Vincent Browning<br>2632 44th Street NW<br>Washington, DC 20007 | | 900 | |
| Three Sisters Ltd. Partnership<br>c/o J. Paul McNamara<br>5512 Oak Place<br>Bethesda, MD 20817 | | 618 | |
| Treasure Stock | | 378 | |
| Vincent Browning<br>2632 44th Street NW<br>Washington, DC 20007 | | 333 | |
| Wallace F. (Hap) Holladay, Jr.<br>3400 Idaho Ave. N.W., Suite 500<br>Washington, DC 20016 | | 1287 | |

In re:  **Assure Holding Corporation** _____     Case No. _____
                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Wayne Pyrtle**<br>**2914 Bedford Court**<br>**Burlington, NC 27215** | | **352** | |
| **William A. Schreiner**<br>**6708 Quincy Cove**<br>**Austin, TX 78739** | | **303** | |
| **William H. Means, Jr.**<br>**816 Benton Road**<br>**Bossier City, LA 71111** | | **910** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **December 14, 2021** _____    Signature  **/s/ Ronald Rayburn Pate, Jr.** _____
                                                                   **Ronald Rayburn Pate, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Assure Holding Corporation**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 14, 2021**

**/s/ Ronald Rayburn Pate, Jr.**
**Ronald Rayburn Pate, Jr./President and CEO**
Signer/Title

.

3 Rocks LLC
Attn: Mr. Floyd E. Davis, III
1629 K Street, NW, Suite 900
Washington, DC 20006


Alan L. Meltzer
6500 Rock Spring Drive, Suite 500
Bethesda, MD 20817


Albert J. Hawk
12017 Wetherfield Lane
Potomac, MD 20854


Alexander L. Blondeau
10124 Jefferson Highway
Baton Rouge, LA 70809


American Express
P. O. Box 981531
El Paso, TX 79998


Anne K. Missett
4132 Timber Log Way
Fairfax, VA 22030


Ash Noronha
5200 Wood Lake Dr.
Belmont, NC 28012


Austin Ayers
8101 Connecticut Ave., Apt N708
Chevy Chase, MD 20815


Bally Shannon Partners, LLC
c/o JD Murphy
4430 Linnean Ave. NW
Bethesda, MD 20814


Brian J. & Elizabeth F. Lemek
8317 Kerry Road
Closplint, KY 40927

Cadence Bank
c/o Hoyt Elliott
2100 3rd Ave North, Suite 1100
Birmingham, AL 35203


Canvas Investment
123 Jarrell Drive
Belle Chasse, LA 70037


Charles F. & Susan F. Tate
5904 Connecticut Avenue
Chevy Chase, MD 20815


Charles W. Smith
24 Lincoln Ave.
Avon by the Sea, NJ 07717


Charls M. Asmar
3826 Village Park Dr.
Chevy Chase, MD 20815


Donna Lynch Ayers
7845 Wisconsin Avenue, Suite 250
Bethesda, MD 20814


Douglas M. & Carol H. Steenland
3065 University Terrance  NW
Washington, DC 20016


Douglas P. & Mary E. McDaniel
46 Grafton Street
Chevy Chase, MD 20815-3428


Ethan Mowry
852 S. Main St., Apt 11
Burlington, NC 27215


Ferdinand J. & Elizabeth Ann Crovato
1201 Stuart Robeson Drive
Mc Lean, VA 22101


Hertz Texaco Center
400 Poydras Street, Suite 1500
New Orleans, LA 70130

Independent Services Goup, LTD
150 Minories, Suite 609
London
EC3N 1LS


Irrevocable Trust F/B/O John &
John & Catherine Ryan
165 Bedell Avenue
Hempstead, NY 11550


J. D. Murphy
4430 Linnean Ave. NW
Bethesda, MD 20814


J. Paul McNamara
7845 Wisconsin Avenue, Suite 250
Bethesda, MD 20814


James J. Donelon
Louisiana Department of Insurance
P. O. Box 94214
Baton Rouge, LA 70804


James William Newton
35140 Garden Drive
Slidell, LA 70460


Joel Napgezek
6341 Langer Lane
Hugo, MN 55038


John C. (Jack) & Gretchen W. Alexander
8412 Crimson Leaf Court
Potomac, MD 20854


John E. Duffy
3509 Rittenhouse St NW
Washington, DC 20015


John J. Gorman
5335 Wisconsin Ave., NW, Suite 780
Washington, DC 20015

John J. Gorman & Susan Schmedes
5335 Wisconsin Ave., NW, Suite 780
Washington, DC 20015


John Joseph Ryan III
33 West Lenox Street
Chevy Chase, MD 20815


Joseph G. Livley, IRA
4504 Saul Road
Kensington, MD 20895


Karima M. Woods
District of Columbia, Dept of Insurance
Securities and Banking (DISB)
1050 First Street, NE, 801
Washington, DC 20002


L. Ashley Wilson
2706 Ridge Pine Drive
Kingwood, TX 77345


Larry C. & Gwyn D. Bourne
175 Sundown Cove
Madison, MS 39110


Leslie W. Gonella Revocable Trust
c/o Leslie Gonella
4204 Franklin St
Kensington, MD 20895


Malcolm Patrick Hutto
149 Bear Pen Road
Ponte Vedra Beach, FL 32082


Matt Beard
9450 Green Terrance Drive
Dallas, TX 75220


Michael J. & Mary Elizabeth Taylor
9620 West Bexhill Drive
Kensington, MD 20895

Millenniem Trust Company, LLC
FBO John Merrigan IRA
2001 Spring Road, Suite 700
Oak Brook, IL 60523


Millennium Trust Co., LLC Cust
FBO John Montgomery Roth IRA
4759 Berkely Terr NW
Washington, DC 20007


Minova Enterprises Ltd.
c/o Paul Vincent
One America Square
London
UK EC3N 2LS


Mitchell D. Herman
1536 Live Oak Drive
Silver Spring, MD 20910


Patricia McNamara Moser
45 Constitution Hill West
Princeton, NJ 08540


PENSCO Trust Company
FBO Terry P. Murphy
400 Tecumseh Point
Loudon, TN 37774


Prestige Ventures, LLC
10124 Jefferson Hwy
Baton Rouge, LA 70809


Richard B. Murphy III SEP-IRA
6041 Woodmont Rd
Alexandria, VA 22307


Robert W. Ayers Trust
c/o Paul McNamara
7845 Wisconsin Avenue
Bethesda, MD 20814


Ronald Rayburn Pate, Jr.
755 Grand Blvd; Suite B-105
#207
Miramar Beach, FL 32550

Sean Barnes
2624 De Paul Drive
Vienna, VA 22180

Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155

Stephan Heidenberger
9620 Hawich Lane
Kensington, MD 20895

Steven L. Dixon Irrevocable Trust
G. Wayne Smith, Trustee
818 Connecticut Ave NW, Suite 1001
Washington, DC 20006

Susan Schnupp
10123 Fort Worth CT
Parker, CO 80134

The Potomac Group,
Grant Wayne Smith, Trustee
818 Connecticut Ave, NW
Suite 1001
Washington, DC 20006

The Vincent J. Browning Revocable Trust
c/o Vincent Browning
2632 44th Street NW
Washington, DC 20007

Three Sisters Ltd. Partnership
c/o J. Paul McNamara
5512 Oak Place
Bethesda, MD 20817

Treasure Stock

Vincent Browning
2632 44th Street NW
Washington, DC 20007

```
Wallace F. (Hap) Holladay, Jr.
3400 Idaho Ave. N.W., Suite 500
Washington, DC 20016


Wayne Pyrtle
2914 Bedford Court
Burlington, NC 27215


William A. Schreiner
6708 Quincy Cove
Austin, TX 78739


William H. Means, Jr.
816 Benton Road
Bossier City, LA 71111


Zircon Silverline Center Property LLC
655 New York Ave, NW, Suite 800
Washington, DC 20001
```

# United States Bankruptcy Court
### Eastern District of Louisiana

In re   **Assure Holding Corporation**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Assure Holding Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 14, 2021**

Date

**/s/ Scott R. Cheatham**

**Scott R. Cheatham 31658**

Signature of Attorney or Litigant

Counsel for   **Assure Holding Corporation**

**Adams and Reese**

**701 Poydras Street**
**Suite 4500**
**New Orleans, LA 70139**
**504-581-3234 Fax:504-566-0210**
**scott.cheatham@arlaw.com**